UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| PATRICIA SHULE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:18-CV-401-JVB-JEM |
| | ) | |
| MENARD, INC., | ) | |
|     Defendant, | ) | |

**FINDINGS, REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE PURSUANT TO
28 U.S.C. § 636(b)(1)(B) & (C)**

This matter is before the Court on a Motion to Dismiss [DE 17], filed by Plaintiff on March 20, 2019. On March 27, 2019, Judge Joseph S. Van Bokkelen entered an Order [DE 18] referring this matter to the undersigned Magistrate Judge for a report and recommendation on the instant motion pursuant to 28 U.S.C. § 636(b)(1)(B). This Report constitutes the undersigned Magistrate Judge's combined proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).

Plaintiff seeks to dismiss her lawsuit with prejudice. Federal Rule of Civil Procedure 41 provides for dismissal with prejudice upon the filing of a "stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii),(B). However, only counsel for Plaintiff signed the instant Motion. For the reasons discussed at the February 27, 2019 hearing related to Plaintiff's capability to participate in the case, the Court recommends that the case should not yet be dismissed unless Plaintiff herself, and Defendant, by counsel, also sign the stipulation of dismissal.

For the foregoing reasons, the Court **RECOMMENDS** that the District Court **DENY** Plaintiff's Motion to Dismiss [DE 17], with leave to refile a revised stipulation in the manner described above. This Report and Recommendation is submitted pursuant to 28 U.S.C. §

636(b)(1)(C). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-261 (7th Cir. 1989).

      SO ORDERED this 5th day of April, 2019.

                                        s/ John E. Martin
                                        MAGISTRATE JUDGE JOHN E. MARTIN
                                        UNITED STATES DISTRICT COURT

cc:    All counsel of record