# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| PATRICIA SHULE, <br><br>       Plaintiff, <br><br>       v. <br><br> MENARD INC., <br><br>       Defendant. | Civil Action No. 2:18-CV-401 JVB |

**ORDER**

This matter is before the Court on the report and recommendation of Magistrate Judge John Martin (DE 19) regarding the motion to dismiss filed on behalf of Plaintiff Patricia Shule on March 20, 2019 (DE 17), and the agreed motion to dismiss signed by the attorneys for both parties on April 9, 2019 (DE 20). As the magistrate judge's report advised the parties, they had 14 days after service within which to file written objections to his recommendation regarding the first motion to dismiss. More than 14 days have elapsed with no objections having been filed.

Accordingly, the Court **ADOPTS** the report and recommendation (DE 19). Plaintiff's motion to dismiss (DE 17) is **DENIED**. The Court will not dismiss this action unless the Plaintiff Patricia Shule herself, as well as counsel for Defendant, signs a stipulation of dismissal. Because the agreed motion to dismiss is not signed by Plaintiff herself, that motion (DE 20) is also **DENIED**.

SO ORDERED on April 22, 2019.

                                                          s/ Joseph S. Van Bokkelen  
                                                        Joseph S. Van Bokkelen  
                                                        United States District Judge